No. 96–72. CITY OF JASPER v. JASPER CIVIL SERVICE BOARD. Ct. Civ. App. Ala. Certiorari denied.

No. 96–74. BLUE CROSS & BLUE SHIELD OF OHIO ET AL. v. SCHACHNER. C. A. 6th Cir. Certiorari denied.

No. 96–75. SINGLETON ET AL. v. GUANGZHOU OCEAN SHIPPING Co. C. A. 5th Cir. Certiorari denied.

No. 96–76. SWISHER v. TEXAS STATE BAR. Sup. Ct. Tex. Certiorari denied.

No. 96–77. MORGAN ET AL. v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 96–78. SPIEGEL v. STATE FARM FIRE & CASUALTY CO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–80. GARCIA v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–81. RENNICK ET AL. v. OPTION CARE, INC. C. A. 9th Cir. Certiorari denied.

No. 96–82. OMNITRITION INTERNATIONAL, INC., ET AL. v. WEBSTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–85. MCCRACKEN v. COSHOCTON COUNTY ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–87. MOODY v. ALABAMA DEPARTMENT OF EDUCATION ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–88. SAYCO LTD. v. DALTON, SECRETARY OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 96–89. UNITED STATES EX REL. HAGOOD v. SONOMA COUNTY WATER AGENCY. C. A. 9th Cir. Certiorari denied.